In the Matter of the Accounting of KINGS COUNTY TRUST COMPANY, as Executor of and Trustee under the Will of MARY E. LEWIS, Deceased, Appellant.

MARION L. QUINN et al., Respondents.

*Matter of Kings County Trust Co.,* 169 App. Div. 966, affirmed. (Argued October 11, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

May 15, 1916, which modified a decree of the Kings County Surrogate's Court settling the accounts of the executor and trustee under the will of Mary E. Lewis, by reducing an allowance to said executor and trustee of an amount agreed to be paid by it for counsel fees.

*George V. Brower* and *William P. Maloney* for appellant.

*Otto Horwitz, Joseph H. Choate, Jr.,* and *Thomas T. Sherman* for respondents.

Order affirmed, with costs; no opinion. .

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.